THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARY ANN GIBBS *et al.,* Defendants-Appellants.

(No. 74-86;

Fifth District—June 25, 1975.

*Rehearing denied September 12, 1975.*

Opinion by Mr. JUSTICE EBERSPACHER.

Joseph R. Bartylak, of Alton, and Alan T. Stenz, of Madison, both of Land of Lincoln Legal Assistance Foundation, for appellant Linda Oliver.

Stephen J. Jianakoplos, Assistant Public Defender, of Edwardsville, for appellants Mary Ann Gibbs, Belinda Lee Gleason, and Paul Gibbs.

William J. Scott, Attorney General, of Chicago (John D. Whitenack, Assistant Attorney General, of counsel), for the People.